## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| SHARON BLACK,<br><br>                Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT,INC.,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C13-5626 RBL |

☐     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    THE COURT HAS ORDERED THAT

    Defendant's Motion to Dismiss is GRANTED and the complaint is DISMISSED with prejudice.

    Dated:  September 12, 2013.

                                            William M. McCool<br>
                                            Clerk

                                            Deputy Clerk